IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:09cr31-SPM

OCTAVIUS LEE DURDLEY,

    Defendant.
_____/

**ORDER DENYING MOTION IN LIMINE TO EXCLUDE VISUAL IMAGES
AND SETTING ATTORNEY CONFERENCE FOR 8:00 A.M.**

This cause comes before the Court on Defendant's Motion in Limine to Exclude Visual Images (doc. 42) and the Government's response in opposition (doc. 46).

Although Defendant has offered to stipulate that the images recovered from the computer and electronic media in this case contain images of child pornography, the Government is entitled to present visual evidence of the crime charged. Old Chief v. United States, 519 U.S. 172, 186-89 (1997); United States v. Caldwell, 586 F.3d 338, 343 (5th Cir. 2009). The images are relevant to prove that the images recovered actually were child pornography and that Defendant would have known they were child pornography by viewing them. United States v. Dodds, 347 F.3d 893, 898-99 (11th Cir. 2003).

To reduce the effect of any unfair prejudice, the Court will limit the Government to presentation of a small number of still images and short video clips from the hundreds of images recovered in this case. The Court will also question prospective jurors during voir dire concerning their ability to remain fair and impartial after viewing such images. Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. Defendant's Motion in Limine to Exclude Visual Images (doc. 42) is denied.

2. The Attorney Conference, previously scheduled for 8:30 a.m., will begin at 8:00 a.m. on Wednesday, April 28, 2010. At the Attorney Conference, the Government shall present for the Court's approval the images it has selected for presentation to the jury.

DONE AND ORDERED this 23rd day of April, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge