IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 1:09cr31-SPM/AK

OCTAVIUS LEE DURDLEY

    Defendant.
_____/

## ORDER DENYING MOTION FOR NEW TRIAL

This cause comes before the Court on Defendant's Motion for New Trial Doc. 61.  A court may grant a new trial under Federal Rule of Criminal Procedure 33 "if the interest of justice so requires."  Fed. R. Crim. P. 33.  A trial court enjoys broad power to a grant a new trial if it concludes that a miscarriage of justice has occurred.  United States v. Hall, 854 F.2d 1269, 1271 (11th Cir. 1988).

The arguments made by Defendant in support of his motion were raised during the course of the trial, and considered by the Court and rejected.  The Court stands by its previous rulings.  The evidence in this case was sufficient to support the jury's guilty verdicts against the Defendant.  No miscarriage of justice occurred.  Accordingly, it is

ORDERED AND ADJUDGED: Defendant's Motion for New Trial (doc. 61) is denied.

DONE AND ORDERED this 20th day of May, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 1:08cr31-SPM