IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 1:09cr31-MW/GRJ

**OCTAVIUS LEE DURDLEY,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 126. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside, or correct sentence, ECF No. 125, is summarily **DENIED** and **DISMISSED** as untimely. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on March 7, 2018.**

                                          s/Mark E. Walker        \_
                                          **United States District Judge**